Jodi K. Swick No. 228634
Charan M. Higbee No. 148293
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone: 510.628.2145
Facsimile: 510.628.2146
Email: jodi.swick@mhllp.com
 charan.higbee@mhllp.com

Attorneys for Defendant AMERICAN FIDELITY ASSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE SALOMON,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN FIDELITY ASSURANCE COMPANY,<br><br>  Defendants. | Case No. 2:19-cv-01952 R (SKx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: March 15, 2019<br>Trial Date: February 18, 2020 |

The Court, upon consideration of the Stipulation to Dismiss Entire Action with Prejudice, dated October 4, 2019, and good cause appearing therefore, now orders as follows:

This action hereby is dismissed with prejudice in its entirety and as to all parties, with all parties to bear their own attorney's fees, costs and expenses.

**IT IS SO ORDERED.**

Dated: _____ October 7, 2019

*Gary Klausner*
United States District Judge